BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
DECLAN T. CONROY (Cal. Bar No. 350570)
Assistant United States Attorney
Transnational Organized Crime Section
      1400 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone:  (213) 894-2872
      Facsimile:  (213) 894-0142
      E-mail:     declan.conroy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            No. 25-MJ-3829-DUTY

          Plaintiff,                 UNOPPOSED MOTION TO DISMISS
                                     COMPLAINT WITHOUT PREJUDICE
          v.                         AGAINST DEFENDANT PURSUANT TO
                                     FEDERAL RULE OF CRIMINAL PROCEDURE
JORGE SIERRA HERNANDEZ,              48(a)

          Defendant.


     The United States Attorney for the Central District of

California hereby requests leave of the Court to dismiss the

complaint against defendant JORGE SIERRA HERNANDEZ without prejudice

pursuant to Federal Rule of Criminal Procedure 48(a).  Counsel for

defendant, Erin Murphy, does not object to this request.

//

//

//

                                   1

1    The government further requests that defendant's bond be

2 exonerated on this charge.

3  Dated: July 17, 2025          Respectfully submitted,

4                                BILAL A. ESSAYLI
                                United States Attorney
5
                                CHRISTINA T. SHAY
6                                Assistant United States Attorney
                                Chief, Criminal Division
7

8                                       /s/
                                _____
9                                DECLAN T. CONROY
                                Assistant United States Attorney
10
                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

2